# Exhibit 4

| | |
|---|---|
| **From:** | Sterling, Josh |
| **To:** | Andromeda.Morrison@casinocontrol.ohio.gov |
| **Cc:** | Ingram, Christopher L.; Mundy, Kara M.; rachel.clark@ohioago.gov; Adlakha, Rajeev K.; Joseph Schmansky; Keith.O"Korn@casinocontrol.ohio.gov; Hollenberg, Victor; Emily.Berner@casinocontrol.ohio.gov; Katyal, Neal; Havemann, Will; Baum, Rosa; Grewal, Gurbir; Cook, Andrew |
| **Subject:** | RE: KalshiEX LLC Letter |
| **Date:** | Thursday, September 18, 2025 7:21:27 PM |
| **Attachments:** | 2025.09.18 - Kalshi to OCCC Letter w Exhibits.pdf |
| | image001.png |

Andromeda,

Good evening.  Please find attached our response to the Commission's August 19 letter.  We look forward to speaking with you on September 25 as you have offered and understand that the Commission will continue not to seek enforcement of its Cease-and-Desist Letter ahead of that meeting.

Best,

Josh

Joshua B. Sterling | Milbank | Partner
1101 New York Avenue NW | Washington DC 20005
T:  +1.202.835.7535
M: +1.202.841.6384
jsterling@milbank.com | mi bank.com

**From:** Sterling, Josh
**Sent:** Thursday, September 18, 2025 5:01 PM
**To:** 'Andromeda.Morrison@casinocontrol.ohio.gov' <Andromeda.Morrison@casinocontrol.ohio.gov>
**Cc:** Ingram, Christopher L. <clingram@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; rachel.clark@ohioago.gov; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Joseph Schmansky <joseph.schmansky@ohioago.gov>; Keith.O'Korn@casinocontrol.ohio.gov; Hollenberg, Victor <vhollenberg@milbank.com>; Emily.Berner@casinocontrol.ohio.gov; Katyal, Neal <nkatyal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>
**Subject:** RE: KalshiEX LLC Letter

Andromeda,

Thank you very much.  That date and window will work for us; our written response will be coming within the next hour.

Best,

Josh

Joshua B. Sterling | Milbank | Partner
1101 New York Avenue NW | Washington DC 20005
T: +1.202.835.7535
M: +1.202.841.6384
jsterling@milbank.com | mi bank.com

---

**From:** Andromeda.Morrison@casinocontrol.ohio.gov <Andromeda.Morrison@casinocontrol.ohio.gov>
**Sent:** Thursday, September 18, 2025 1:39 PM
**To:** Sterling, Josh <jsterling@milbank.com>
**Cc:** Ingram, Christopher L. <clingram@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; rachel.clark@ohioago.gov; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Joseph Schmansky <joseph.schmansky@ohioago.gov>; Keith.O'Korn@casinocontrol.ohio.gov; Hollenberg, Victor <vhollenberg@milbank.com>; Emily.Berner@casinocontrol.ohio.gov; Katyal, Neal <nkatyal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>
**Subject:** [EXT] RE: KalshiEX LLC Letter

Josh,

I very much appreciate the confirmation and offer to confer. I would like our conversation to be as productive as possible and, to accomplish that, would suggest that we spend a little more time reviewing the information you plan to provide today. I would look at Thursday September 25. I have availability at 9:30 a.m. or 2:00 p.m. all times ET. Would something at those times work for you and your colleagues?

Andromeda



**Andromeda Morrison**
**Deputy Executive Director & General Counsel**
614.387.5616
Andromeda.Morrison@casinocontrol.ohio.gov

**Ohio Problem Gambling Helpline 1-800-GAMBLER**

---

**From:** Sterling, Josh <jsterling@milbank.com>
**Sent:** Wednesday, September 17, 2025 9:46 AM
**To:** Morrison, Andromeda <Andromeda.Morrison@casinocontrol.ohio.gov>

**Cc:** Ingram, Christopher L. <clingram@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; Rachel Clark <rachel.clark@ohioago.gov>; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Joseph Schmansky <joseph.schmansky@ohioago.gov>; O'Korn, Keith <Keith.O'Korn@casinocontrol.ohio.gov>; Hollenberg, Victor <vhollenberg@milbank.com>; Berner, Emily <Emily.Berner@casinocontrol.ohio.gov>; Katyal, Neal <nkatyal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>
**Subject:** Re: KalshiEX LLC Letter

Dear Andromeda,

I hope this message finds you well.  We are writing to confirm that, as promised, Kalshi will submit a response to OCCC's August 19, 2025 letter tomorrow, Thursday, September 18.

Consistent with the commitment in your September 4 note to us (below), Kalshi looks forward to conferring with the OCCC regarding its forthcoming response.  To that end, we would appreciate the opportunity to schedule a conference with the OCCC and its representatives and can be available as early as Monday, September 22.  Until we are able to confer, we expect that, consistent with your prior representations, OCCC will not take action with respect to its March 31, 2025 Cease-and-Desist Letter.

We would greatly appreciate it if you can please let us know your availability for a conference on September 22 or other dates and times that work for you.

We look forward to continuing our engagement with OCCC.

Thank you,

Josh

Joshua B. Sterling | **Milbank** | Partner
1101 New York Avenue NW | Washington DC 20005
T:  +1.202.835.7535
M: +1.202.841.6384
jsterling@milbank.com | mi bank.com

---

**From:** Andromeda.Morrison@casinocontrol.ohio.gov <Andromeda.Morrison@casinocontrol.ohio.gov>
**Sent:** Thursday, September 4, 2025 4:17:18 PM
**To:** Sterling, Josh <jsterling@milbank.com>
**Cc:** Ingram, Christopher L. <clingram@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; rachel.clark@ohioago.gov <rachel.clark@ohioago.gov>; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Joseph Schmansky <joseph.schmansky@ohioago.gov>; Keith.O'Korn@casinocontrol.ohio.gov

<Keith.O'Korn@casinocontrol.ohio.gov>; Hollenberg, Victor <vhollenberg@milbank.com>; Emily.Berner@casinocontrol.ohio.gov <Emily.Berner@casinocontrol.ohio.gov>; Katyal, Neal <nkatyal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>
**Subject:** [EXT] RE: KalshiEX LLC Letter

Josh,

I sincerely apologize for missing your email earlier.  I can confirm that Kalshi will be afforded opportunity to confer with the Commission following the submission of the information requested.

Andromeda



**Andromeda Morrison**
**Deputy Executive Director & General Counsel**
614.387.5616
Andromeda.Morrison@casinocontrol.ohio.gov

**Ohio Problem Gambling Helpline 1-800-GAMBLER**

**From:** Sterling, Josh <jsterling@milbank.com>
**Sent:** Tuesday, August 26, 2025 4:00 PM
**To:** Morrison, Andromeda <Andromeda.Morrison@casinocontrol.ohio.gov>
**Cc:** Ingram, Christopher L. <clingram@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; Rachel Clark <rachel.clark@ohioago.gov>; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Joseph Schmansky <joseph.schmansky@ohioago.gov>; O'Korn, Keith <Keith.O'Korn@casinocontrol.ohio.gov>; Hollenberg, Victor <vhollenberg@milbank.com>; Berner, Emily <Emily.Berner@casinocontrol.ohio.gov>; Katyal, Neal <nkatyal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>
**Subject:** RE: KalshiEX LLC Letter

Dear Andromeda,

Thank you for your letter of August 19, 2025 concerning the Ohio Casino Control Commission's Cease-and-Desist Letter to our client, KalshiEX LLC, dated March 31, 2025.  We have had an opportunity to review the August 19 letter and hereby confirm that that we intend to provide a written response to the Commission within the requested 30-day time

period.

In advance of doing so, however, we would appreciate your written confirmation that Kalshi will be afforded an opportunity to confer with the Commission after it has reviewed Kalshi's forthcoming response, before the Commission takes any further action with respect to its Cease-and-Desist Letter. If you are able to give this confirmation at your earliest convenience, we would greatly appreciate it.

Thank you again. Kalshi appreciates the Commission's willingness to engage in dialogue concerning federally-regulated prediction markets and, as with our earlier response of May 15, 2025, we hope our forthcoming response will be of assistance to the Commission.

Kind regards,

Josh

Joshua B. Sterling | Milbank | Partner
1101 New York Avenue NW | Washington DC 20005
T: +1.202.835.7535
M: +1.202.841.6384
jsterling@milbank.com | mi bank.com

---

**From:** Sterling, Josh <jsterling@milbank.com>
**Sent:** Tuesday, August 19, 2025 4:02 PM
**To:** Andromeda.Morrison@casinocontrol.ohio.gov; Katyal, Neal <nkatyal@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>; Hollenberg, Victor <vhollenberg@milbank.com>
**Cc:** Ingram, Christopher L. <clingram@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; rachel.clark@ohioago.gov; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Joseph Schmansky <joseph.schmansky@ohioago.gov>; Keith.O'Korn@casinocontrol.ohio.gov; Emily.Berner@casinocontrol.ohio.gov
**Subject:** Re: KalshiEX LLC Letter

Andromeda,

Received, thank you. Will revert.

Best,

Josh

Joshua B. Sterling | Milbank | Partner
1101 New York Avenue NW | Washington DC 20005
T: +1.202.835.7535
M: +1.202.841.6384

jsterling@milbank.com | mi bank.com

**From:** Andromeda.Morrison@casinocontrol.ohio.gov <Andromeda.Morrison@casinocontrol.ohio.gov>
**Sent:** Tuesday, August 19, 2025 3:57:39 PM
**To:** Sterling, Josh <jsterling@milbank.com>; Katyal, Neal <nkatyal@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>; Hollenberg, Victor <vhollenberg@milbank.com>
**Cc:** Ingram, Christopher L. <clingram@vorys.com>; Mundy, Kara M. <kmmundy@vorys.com>; rachel.clark@ohioago.gov <rachel.clark@ohioago.gov>; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Joseph Schmansky <joseph.schmansky@ohioago.gov>; Keith.O'Korn@casinocontrol.ohio.gov <Keith.O'Korn@casinocontrol.ohio.gov>; Emily.Berner@casinocontrol.ohio.gov <Emily.Berner@casinocontrol.ohio.gov>
**Subject:** [EXT] RE: KalshiEX LLC Letter

Josh,

On behalf of Executive Director Matthew Schuler, please find attached time-sensitive correspondence from the Ohio Casino Control Commission relative to your client, KalshiEX LLC. Thank you for your attention to this matter.

Andromeda



**Andromeda Morrison**
**Deputy Executive Director & General Counsel**
614.387.5616
Andromeda.Morrison@casinocontrol.ohio.gov

**Ohio Problem Gambling Helpline 1-800-GAMBLER**

**From:** Hollenberg, Victor <vhollenberg@milbank.com>
**Sent:** Thursday, May 15, 2025 7:46 PM
**To:** Morrison, Andromeda <Andromeda.Morrison@casinocontrol.ohio.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Katyal, Neal <nkatyal@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Baum, Rosa <rbaum@milbank.com>; Cook, Andrew <andrew.cook@orrick.com>
**Subject:** KalshiEX LLC Letter

> You don't often get email from vhollenberg@milbank.com. Learn why this is important

Ms. Morrison:

On behalf of Josh Sterling, attached please find KalshiEX LLC's response to the Cease-and-Desist Letter dated March 31, 2025 and the appendices thereto.  We appreciate the Casino Control Commission's representation that it will preserve the status quo until Kalshi receives a response and has an opportunity to confer.

Best,

Victor

Victor Hollenberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5842
vhollenberg@milbank.com | milbank.com


====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ====================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to csc@ohio.gov or click the Phish Alert Button if available.

====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to

be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

======================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

======================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.