AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC, <br><br> *Plaintiff(s)* <br><br> v. <br><br> MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al, <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christopher Smitherman, Commissioner of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH  43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:  10/8/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dave Yost, Ohio Attorney General
James A. Rhodes State Office Tower
30 East Broad Street, 17th Floor
Columbus, Ohio 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH  43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/8/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Keith Cheney, Commissioner of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH  43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:    10/8/2025                           Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew T. Schuler, Executive Director of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH  43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/8/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH  43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/8/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC, <br><br> *Plaintiff(s)* <br> v. <br> MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al, <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Penelope Cunningham, Commissioner of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH 43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: 10/8/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott Borgemenke, Commissioner of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH 43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/8/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheetal Bajoria, Commissioner of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH 43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/8/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-1165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas J. Stickrath, Chair of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH  43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/8/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

KALSHIEX LLC,

*Plaintiff(s)*

v.

MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission, et. al,

*Defendant(s)*

Civil Action No. 2:25-cv-1165

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Triffon Callos, Commissioner of the Ohio Casino Control Commission
100 East Broad Street, 20th Floor
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shawn J. Organ
Connor Organ
ORGAN LAW LLP
1330 Dublin Rd.
Columbus, OH 43215
Telephone: 614-481-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Signature of Clerk or Deputy Clerk

Date: 10/8/2025