IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF OHIO
EASTERN DIVISION

KALSHIEX LLC,
        Plaintiff

vs.

MATTHEW T. SCHULER, in his official capacity as Executive Director of the Ohio Casino Control Commission; THOMAS J. STICKRATH, in his official capacity as Chair and Commissioner of the Ohio Casino Control Commission; SHEETAL BAJORIA, in her official capacity as Commissioner of the Ohio Casino Control Commission; SCOTT BORGEMENKE, in his official capacity as Commissioner of the Ohio Casino Control Commission; KEITH CHENEY, in his official capacity as Commissioner of the Ohio Casino Control Commission; PENELOPE CUNNINGHAM, in her official capacity as Vice Chair and Commissioner of the Ohio Casino Control Commission; CHRISTOPHER SMITHERMAN, in his official capacity as Commissioner of the Ohio Casino Control Commission; TRIFFON CALLOS, in his official capacity as Commissioner of the Ohio Casino Control Commission; OHIO CASINO CONTROL COMMISSION; and DAVE YOST, in his official capacity as Attorney General of Ohio,
        Defendants.

Case No. 2:25-cv-01165

Chief Judge Sarah D. Morrison

Magistrate Judge Chelsey M. Vascura

**NOTICE OF APPEARANCE**

Please take notice that Mark N. Kittel of the Ohio Attorney General Dave Yost's Office hereby enters his appearance for Defendant Dave Yost, in his official capacity as Attorney General of Ohio, in the above captioned matter. It is hereby requested that all future notices, pleadings, and correspondence be directed to undersigned as counsel for said party.

Respectfully submitted,

*/s/ Mark N. Kittel*
Mark N. Kittel (0095323)
Assistant Attorney General
Ohio Attorney General Dave Yost
Assistant Attorney General, Antitrust
30 East Broad Street, 26th Floor
Phone: 614.466.4328
Mark.Kittel@OhioAGO.gov

*Counsel for Defendant Dave Yost, in his official capacity as Ohio Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

*/s/ Mark N. Kittel*
Assistant Attorney General