## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **KALSHIEX LLC,** | |
| **Plaintiff,** | **Case No. 2:25-cv-1165** |
| v. | **Chief Judge Sarah D. Morrison** |
| **MATTHEW T. SCHULER**, *et al.*, | **Magistrate Judge Chelsey M. Vascura** |
| **Defendants.** | |

### PLAINTIFF'S NOTICE OF FILING OF REDACTED EXHIBITS

Please take notice that in accordance with the Court's Order granting Plaintiff's motion to file documents under seal (ECF No. 47), Plaintiff KalshiEX LLC hereby files redacted, non-confidential versions of Exhibits 1 and 2 to Plaintiffs Reply in Support of its Motion for Preliminary Injunction (ECF No. 49) originally filed on December 1, 2025.

Respectfully submitted,

*/s/ Michael J. Hunter*

Michael J. Hunter (0076815)
 *Trial Attorney*
Matthew L. Jalandoni (0087074)
**Flannery | Georgalis, LLC**
175 S. Third Street, Suite 285
Columbus, OH 43215
T: (614) 324-4139 (Michael)
T: (614) 324-1329 (Matthew)
F: (614) 526-0601
mhunter@flannerygeorgalis.com
mjalandoni@flannerygeorgalis.com

Neal Katyal, Esq. (*pro hac vice*)
Joshua B. Sterling, Esq. (*pro hac vice*)
William E. Havemann, Esq. (*pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW

Washington, DC 20005
T: (202) 835-7500
F: (202) 263-7586
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

Grant R. Mainland, Esq. (*pro hac vice*)
Andrew L. Porter, Esq. (*pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
T: (212) 530-5361
F: (212) 530-5219
gmainland@milbank.com
aporter@milbank.com

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on December 8, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's CM/ECF electronic filing system.

/s/ *Michael J. Hunter*

Michael J. Hunter (0076815)

*Trial Attorney for Plaintiff*