# EXHIBIT 1
# REDACTED

March 3, 2025

**SUBMITTED VIA EMAIL**

Division of Market Oversight
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

**Re: Request for Information under Regulation 38.5(b) Regarding Two Kalshi Contracts**

Dear Sir or Madam:

The Division of Market Oversight (DMO), a Division of the Commodity Futures Trading Commission (CFTC) requested information from KalshiEX LLC (Kalshi) under DMO's authority in Regulation 38.5 regarding the listing of two Kalshi contracts:

- "Will <team> win <title>?" contract (Submission No. 2501-2208-0208-01)
- "Will <achievement> be held by <participant>?" contract (Submission No. 2501-3008-0609-99)

DMO requested a written demonstration that the listing for trading by Kalshi of these two contracts satisfies Kalshi's obligations under the Commodity Exchange Act (DMO Request).

The following responses apply generally to both contracts, except where noted otherwise.

*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



With regard to the correct interpretation of the statute's limiting requirement of "involve", the

12

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*



Sincerely Yours,

Xavier Sottile
Head of Markets
KalshiEX LLC
xsottile@kalshi.com



15

*KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested*