# EXHIBIT 2
# REDACTED



March 3, 2025



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

---

[redacted]

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested

-10-

KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested



KalshiEX LLC - Confidential Treatment Under Regulations 40.8 and 145.9 Requested