**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| KALSHIEX LLC, <br>    *Plaintiff*, <br>    v. <br> MATTHEW T. SCHULER, *et al.*, <br>    *Defendants*. | Case No. 2:25-cv-1165 <br><br> Chief Judge Sarah D. Morrison <br><br> Magistrate Judge Chelsey M. Vascura |

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF KALSHIEX LLC'S MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL AUTHORITY**

  Defendants hereby oppose the Motion for Leave to File Notice of Supplemental Authority (ECF No. 66, the "Motion") filed by Plaintiff KalshiEX LLC ("Kalshi").[1] Kalshi's Motion concerns a public statement by one member of the Commodity Futures Trading Commission (ECF No. 66-2) and a press release issued by the Commodity Futures Trading Commission (ECF No. 66-3). Neither document is a new court decision related to Kalshi's litigation in another court (*see* ECF No. 65), nor does either document involve new, binding authority from the Sixth Circuit or the Supreme Court (*see* Standing Orders, § I.D.2). Kalshi's Motion should therefore be denied.

  Consistent with the Court's instruction concerning notices of supplemental authority, (ECF No. 65), Defendants will refrain from addressing the matters set forth in the documents attached to Kalshi's Motion absent a request by the Court for supplemental briefing.

---

[1] Defendants include Matthew T. Schuler, Thomas J. Stickrath, Sheetal Bajoria, Scott Borgemenke, Keith Cheney, Penelope Cunningham, Christopher Smitherman, Triffon Callos, the Ohio Casino Control Commission, and the Ohio Attorney General Dave Yost (collectively, "Defendants").

DATE: February 11, 2026 | Respectfully Submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

*/s/ Mark N. Kittel per email auth.*
Dave Yost
Attorney General of Ohio

Mark N. Kittel (0095323)
Rachel V. Clark (0103746)
Neema Ashou (0104198)
Office of Ohio Attorney General Dave Yost
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
Phone: (614) 466-4328
mark.kittel@OhioAGO.gov
rachel.clark@OhioAGO.gov
neema.ashou@OhioAGO.gov

*Counsel for Defendant Ohio Attorney General, Dave Yost*

*/s/ Christopher L. Ingram*
Rajeev K. Adlakha (0087096)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114-2327
Phone/Fax: (216) 479-6175
rkadlakha@vorys.com

Christopher L. Ingram (0086325), *Trial Attorney*
Kara M. Mundy (0091146)
Garrett M. Anderson (0100121)
Celina J. Needle (0104831)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone/Fax: (614) 464-5480
clingram@vorys.com
kmmundy@vorys.com
gmanderson@vorys.com
cjneedle@vorys.com

*Special Counsel for Defendants Matthew T. Schuler, Thomas J. Stickrath, Sheetal Bajoria, Scott Borgemenke, Keith Cheney, Penelope Cunningham, Christopher Smitherman, Triffon Callos, and the Ohio Casino Control Commission*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the U.S. District Court for the Southern District of Ohio, on February 11, 2026, and served upon all parties of record via the court's electronic filing system.

                                       */s/ Christopher L. Ingram*
                                       Christopher L. Ingram (0086325)