**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| **KALSHIEX LLC,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**MATTHEW T. SCHULER,** *et al.,*<br><br>*Defendants.* | **Case No. 2:25-cv-1165**<br><br>**Chief Judge Sarah D. Morrison**<br><br>**Magistrate Judge Chelsey M. Vascura** |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff KalshiEX LLC ("Kalshi") hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Opinion and Order entered in this action on March 9, 2026, District Court's ECF No. 69, denying Kalshi's motion for preliminary injunction.

DATE: March 10, 2026.

Respectfully submitted,

/s/ Michael J. Hunter
Michael J. Hunter (0076815), *Trial Attorney*
Matthew L. Jalandoni (0087074)
**Flannery | Georgalis, LLC**
175 South Third Street, Ste. 1060
Columbus, OH 43215
Telephone: 614-324-4139
Fax: 614-526-0601
mhunter@flannerygeorgalis.com
mjalandoni@flannerygeorgalis.com

and

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties via the Court's CM/ECF electronic filing system.

/s/ *Michael J. Hunter*
MICHAEL J. HUNTER (0076815)

*Attorney for Plaintiff*