**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KALSHIEX, LLC,**

        **Plaintiff,**          **:**

                                       **Case No. 2:25-cv-1165**
     **v.**                             **Chief Judge Sarah D. Morrison**
                                       **Magistrate Judge Chelsey M.**
**MATTHEW T. SCHULER,** *et al.***,**        **Vascura**

                    **:**

        **Defendants.**

## <u>ORDER</u>

This matter is before the Court for consideration of Kalshi's Motion for an Immediate Injunction Pending Appeal. (ECF No. 72.) Kalshi moves under Federal Rule of Civil Procedure 62(d), which provides:

> While an appeal is pending from an interlocutory order or final judgment that grants, continues, modifies, refuses, dissolves, or refuses to dissolve or modify an injunction, the court may suspend, modify, restore, or grant an injunction on terms for bond or other terms that secure the opposing party's rights.

"In determining whether to grant an injunction pending appeal, the court considers the same four factors it evaluated in resolving the original motion for preliminary injunctive relief." *Brown v. Yost*, No. 2:24-CV-1401, 2024 WL 1934615, at *1 (S.D. Ohio May 1, 2024) (Graham, J.) (citing *Dayton Christian Sch. v. Ohio C.R. Comm'n*, 604 F. Supp. 101, 103 (S.D. Ohio 1984)). Those are: (1) whether the plaintiff has established a strong likelihood of success on the merits; (2) whether the plaintiff would suffer irreparable injury without a preliminary injunction; (3) whether the injunction would cause substantial harm to others; and (4) whether the public

interest would be served by the requested injunction. *EOG Res., Inc. v. Lucky Land Mgmt., LLC*, 134 F.4th 868, 874 (6th Cir. 2025) (citing *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)).

In a March 9 Opinion and Order, this Court concluded that Kalshi failed to establish either a likelihood of success sufficient to warrant a preliminary injunction, or that the equities favored such an injunction. (ECF No. 69.) Kalshi now previews its disagreements with the Court's conclusion. (ECF No. 72.) But it does not persuade the Court to change its position.

The Motion (ECF No. 72) is **DENIED**.


**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**