# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW T. SCHULER, *et al.*,<br><br>*Defendants.* | Case No. 2:25-cv-1165<br><br>Chief Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff KalshiEX LLC ("Kalshi") and Defendants Matthew T. Schuler, Thomas J. Stickrath, Sheetal Bajoria, Scott Borgemenke, Keith Cheney, Penelope Cunningham, Christopher Smitherman, Triffon Callos, the Ohio Casino Control Commission, and Dave Yost (collectively, the "Parties"), have conferred and now respectfully request that the Court stay all proceedings in this matter pending appeal.

Kalshi previously filed a Complaint (ECF No. 1) and a Motion for a Preliminary Injunction (ECF No. 11). On March 9, 2026, this Court issued an Opinion and Order (ECF No. 69) denying Kalshi's preliminary injunction motion. The next day, Kalshi appealed the Opinion and Order (ECF No. 70) to the U.S. Court of Appeals for the Sixth Circuit (Docket No. 26-3196). Kalshi also moved for an immediate injunction pending appeal (*See* ECF No. 72). On March 20, 2026, the Court issued an Order denying Kalshi's Motion for an injunction pending appeal (*See* ECF No. 73).

Because this Court's decision denying a preliminary injunction is currently on appeal, a stay of proceedings in this Court would conserve the Parties' and the Court's resources and advance the interests of judicial economy. The Parties therefore respectfully request that all proceedings in this action, including all deadlines, any discovery, pre-trial motions, and trial, shall be stayed pending further order of the Court. The Parties propose to file a joint status report within 21 days after the issuance of the Sixth Circuit's mandate in Kalshi's appeal. In the event the Court does not grant the Parties' joint motion to stay proceedings, the Parties request that the Court extend the deadline to file a responsive pleading or motion by ten (10) days to April 9, 2026.

## CONCLUSION

The Parties respectfully request that the joint motion to stay proceedings be granted.

DATE: March 27, 2026

Respectfully submitted,

/s/ Matthew L. Jalandoni
Matthew L. Jalandoni (0087074)
Michael J. Hunter (0076815)
*Trial Attorney*
**Flannery | Georgalis, LLC**
175 S. Third Street, Suite 285
Columbus, OH 43215
T: (614) 324-4139
F: (614) 526-0601
mjalandoni@flannerygeorgalis.com
mhunter@flannerygeorgalis.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW
Washington, DC 20005
T: (202) 835-7500
F: (202) 263-7586
nkatyal@milbank.com
jsterling@milbank.com
whavemann@milbank.com

/s/ Rachel Clark (by consent)
Dave Yost
Attorney General of Ohio

Mark N. Kittel (0095323)
Rachel V. Clark (0103746)
Neema Ashou (0104198)
**Office of Ohio Attorney General Dave Yost**
30 East Broad Street, 26th Floor
Columbus, OH 43215
T: (614) 466-4328
mark.kittel@OhioAGO.gov
rachel.clark@OhioAGO.gov
neema.ashou@OhioAGO.gov

*Counsel for Defendant Ohio Attorney General, Dave Yost*

/s/ Rajeev K. Adlakha (by consent)
Rajeev K. Adlakha (0087096)
**Vorys, Sater, Seymour and Pease LLP**
200 Public Square, Suite 1400
Cleveland, OH 44114-2327
T/F: (216) 479-6175

2

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
T: (212) 530-5000
F: (212) 530-5219
gmainland@milbank.com
aporter@milbank.com

*Attorneys for Plaintiff*

rkadlakha@vorys.com

Christopher L. Ingram (0086325)
Kara M. Mundy (0091146)
Garrett M. Anderson (0100121)
Celina J. Needle (0104831)
**Vorys, Sater, Seymour and Pease LLP**
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
T/F: (614) 464-5480
clingram@vorys.com
kmmundy@vorys.com
gmanderson@vorys.com
cjneedle@vorys.com

*Attorneys for Defendants Matthew T. Schuler,
Thomas J. Stickrath, Sheetal Bajoria, Scott
Borgemenke, Keith Cheney, Penelope
Cunningham, Christopher Smitherman, Triffon
Callos, and the Ohio Casino Control
Commission*

## CERTIFICATE OF SERVICE

I certify that on March 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's CM/ECF electronic filing system.

/s/ Matthew L. Jalandoni
Matthew L. Jalandoni (0087074)

*Attorney for Plaintiff*